# IN THE UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF FLORIDA
# TALLAHASSEE DIVISION

**ALAN PETERSON, a.k.a. JEAN-PIERRE RONET,**

    **Petitioner,**

vs.                                        Case No. 4:05cv133-WS/WCS

**SECRETARY, DEPARTMENT OF CORRECTIONS,**

    **Respondent.**

_____/

## REPORT AND RECOMMENDATION TO TRANSFER § 2254 PETITION

Petitioner paid the filing fee, and filed an "emergency petition for writ of habeas corpus ad subijicedum" under 28 U.S.C. § 2254, and motion to expedite.  He seeks to expedite consideration because his tentative release date is June 12, 2005.  Doc. 3.

Petitioner is currently incarcerated at Liberty Correctional Institution, and challenges the judgment imposed by the Thirteenth Judicial Circuit Court in Hillsborough County.  Jurisdiction is appropriate in this district and the Middle District, as the districts of confinement and conviction, respectively.  28 U.S.C. § 2241(d).

The district of conviction is the most convenient and appropriate venue, and the petition should be transferred to the Middle District under § 2241(d).  *See also*, Parker v. Singletary, 974 F.2d 1562, 1582 and nn. 114 and 118 (11th Cir. 1992) (finding transfer "in furtherance of justice" under § 2241(d), citations omitted); Eagle v. Linahan, 279 F.3d 926, 933, n. 9  (11th Cir. 2001) (noting the practice of district courts in Georgia to transfer petitions to the district of conviction under § 2241(d)).  It is also noted that this Petitioner has already sought habeas corpus relief in the Middle District, and (following exhaustion of remedies) was directed to file his petition in a new case with a new case number.  Case No. 8:04cv2676-T-24MSS (order of March 3, 2005, available in PACER).

It is therefore respectfully **RECOMMENDED** that this case be **TRANSFERRED** to the United States District Court for the Middle District of Florida for all further proceedings.

**IN CHAMBERS** at Tallahassee, Florida, on April 22, 2005.

    s/    William C. Sherrill, Jr.
**WILLIAM C. SHERRILL, JR.**
**UNITED STATES MAGISTRATE JUDGE**

### NOTICE TO THE PARTIES

**A party may file specific, written objections to the proposed findings and recommendations within 15 days after being served with a copy of this report and recommendation.  A party may respond to another party's objections within 10 days after being served with a copy thereof.  Failure to file specific objections limits the scope of review of proposed factual findings and recommendations.**

Case No. 4:05cv133-WS/WCS