IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION


ALAN PETERSON, a/k/a JEAN-PIERRE
RONET,

       Petitioner,

v.                                                                    4:05cv133-WS

SECRETARY, DEPARTMENT OF
CORRECTIONS,

       Respondent.

_____


<u>ORDER DIRECTING TRANSFER OF CASE</u>

       Before the court is the magistrate judge's report and recommendation docketed

April 22, 2005.  <u>See</u> Doc. 5.  The magistrate judge recommends that the action be

transferred to the Middle District of Florida.  The plaintiff has filed objections to the

report and recommendation.  Doc. 6.

       The court having reviewed the record, it is ORDERED:

       1.  The magistrate judge's report and recommendation (doc. 5) is adopted and

incorporated by reference in this order of the court.

       2.  The clerk shall TRANSFER this action to the United States District Court for

the Middle District of Florida, Tampa Division, for all further proceedings.

DONE AND ORDERED this May 24, 2005.


 /s William Stafford_____
WILLIAM STAFFORD
SENIOR UNITED STATES DISTRICT JUDGE